

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4, 4, 08

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

CHRISTOPHER MEYERS and
CHRIS BLANCHARD

CIVIL DOCKET NO. 06-2238

VERSUS

CHIEF JUDGE RICHARD HAIK, SR.

RICHARD TOMLIN, DIGITAL
ENTERPRISES, INC. d/b/a
DIGITECH OFFICE MACHINES
and ABC INSURANCE COMPANY

MAGISTRATE MICHAEL HILL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

O R D E R

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiffs' Motion for Sanctions Pursuant to Rule 16(f) and For Expedited Hearing [Doc. 41] is hereby GRANTED, thereby denying Defendants' Motions for Summary Judgment [Docs. 39 and 40] as untimely.

It is further Ordered that Plaintiffs' Motion for Summary Judgment [Doc. 28] is hereby DENIED as untimely.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this _____ day of April, 2008.

RICHARD T. HAIK, SR.
CHIEF JUDGE
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA